# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS VELAZQUEZ-RAMIREZ, <br><br> Defendant. | Case No. 18-cr-2323-WQH <br><br> **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the Government, and for good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Information Without Prejudice is GRANTED.

Dated: July 17, 2018

Hon. William Q. Hayes
United States District Court